IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

NORRIS MORGAN,                          §
                                        §
            Plaintiff,                  §
                                        §
VS.                                     §     Civil Action No. 3:17-CV-0897-D
                                        §
TEXAS DEPARTMENT OF STATE               §
HEALTH SERVICES,                        §
                                        §
            Defendant.                  §

## ORDER

In her November 2, 2017 findings, conclusions, and recommendation, the magistrate judge recommended that if plaintiff filed a timely amended complaint, defendant's July 28, 2017 motion to dismiss should be denied as moot. After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted. Because plaintiff filed an amended complaint on November 14, 2017, defendant's July 28, 2017 motion to dismiss is denied without prejudice as moot.

**SO ORDERED**.

November 30, 2017.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE