**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **NORRIS MORGAN,** | § | |
| **Plaintiff,** | § | |
| **vs.** | § | **Civil Action No. 3:17-CV-0897-D** |
| | § | |
| **TEXAS DEPARTMENT OF STATE** | § | |
| **HEALTH SERVICES,** | § | |
| **Defendant.** | § | |

**ORDER**

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted, and defendant's November 28, 2017 amended 12(b)(6) motion to dismiss is granted.

Accordingly, plaintiff's Title VII claims are dismissed for failure to exhaust administrative remedies, and plaintiff's claims based on criminal violations and the Family and Medical Leave Act are dismissed for failure to state a claim on which relief can be granted. Plaintiff's Title VII claims are therefore dismissed without prejudice, and plaintiff's remaining claims are dismissed with prejudice.

**SO ORDERED**.

May 1, 2018.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE